IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION



| | |
|---|---|
| MILTON ASH, | }<br>} |
| Plaintiff, | }<br>} |
| v. | }  CIVIL ACTION NO.<br>} |
| | }  97-AR-2179-S |
| ALABAMA DEPARTMENT OF YOUTH SERVICES, | }<br>} |
| Defendant. | }<br>} |
| UNITED STATES OF AMERICA, | }<br>} |
| Intervenor. | } |

**MEMORANDUM OPINION**

On July 11, 2002, this court granted the motion filed on June 18, 2002, by plaintiff, Milton Ash, to amend his complaint to "name additional defendants, add additional factual allegations, and to add an additional cause of action under the Fourteenth Amendment of the U.S. Constitution and 42 U.S.C. § 1983." Upon reflection, this court concludes that it was in error in allowing plaintiff's proposed amendment, despite defendant's having filed no opposition to it.

The Eleventh Circuit only remanded "the case to the district court to consider the argument that defendants [plural because of a consolidated case] have voluntarily waived their Eleventh Amendment immunity under § 504 of the Rehabilitation Act by their receipt of federal financial assistance conditioned upon such a waiver, and to conduct such further proceedings as may be



consistent with this decision." An amendment adding parties and new avenues for obtaining the same or similar relief as was originally sought but not presented or even hinted at before the case went up on appeal, is not consistent with the decisions of the Supreme Court, or of the Eleventh Circuit, constituting the law of this case. To expand the inquiry after the case has been scrutinized by the Supreme Court and the Eleventh Circuit would not be jurisprudentially wise, and this court cannot allow it.

An order consistent with this opinion will be separately entered.

DONE this 31st day of October, 2002.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE