IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 OCT 31 PM 2:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| MILTON ASH, | } |
| Plaintiff, | } |
| v. | } CIVIL ACTION NO. |
| | } 97-AR-2179-S |
| ALABAMA DEPARTMENT OF YOUTH SERVICES, | } |
| Defendant. | } |
| UNITED STATES OF AMERICA, | } |
| Intervenor. | } |

ENTERED
OCT 3 1 2002

### MEMORANDUM OPINION

In view of the separate order that is being entered today and that eliminates some issues and two parties defendant, the motion for partial summary judgment filed by defendants is now considered as a motion for complete summary judgment by the only remaining defendant, Alabama Department of Youth Services.

For the reasons articulated by defendant in its brief in support of its Rule 56 motion, and for the reasons stated in this court's opinion entered on September 4, 2002, in *Garrett v. The University of Alabama at Birmingham Board of Trustees*, CV-97-AR-0092-S, ___ F. Supp. 2d ___, 2002 WL 31005200 (N.D. Ala. 2002), defendant's motion for summary judgment is well taken, and will be granted by separate order. There is no legitimate basis to distinguish this case from the *Garrett* case.

DONE this 31st day of October, 2002.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

